UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SYLVIA CALDERA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security Administration,<br><br>　　　　　Defendant. | CASE NO. EDCV 09-854 AGR<br><br>JUDGMENT |

In accordance with the Memorandum Opinion filed concurrently herewith,

IT IS HEREBY ADJUDGED that the judgment be entered for the defendant, the Commissioner of Social Security Administration.

DATED: July 27, 2010

　　　　　　　　　　　　　　　　_/s/ Alicia G. Rosenberg_
　　　　　　　　　　　　　　　　ALICIA G. ROSENBERG
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE